







Willie Johnson, 04323-509
Federal Correctional Institution
201 FCI Lane, Gilmer A2-216
Glenville, W.V. 26351

Clerk of Court
Northern District of W. Virginia
1125 Chapline Street
Wheeling, W.VA. 26003

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

RECEIVED
MAR 17 2023